# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTRACTORS, LABORERS, TEAMSTERS & ENGINEERS PENSION PLAN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MOCKELMAN GRADING, INC.,<br><br>    Defendant. | Case No. 8:06CV231 |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came on for consideration upon the Stipulated Motion To Dismiss With Prejudice, and the Court being fully advised, finds that the Motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint and the Causes of Action contained therein be and hereby are dismissed, with prejudice, with each party to pay its own costs.

Dated this 22nd day of August 2006.

BY THE COURT:

/s F.A. Gossett
United States Magistrate Judge


Prepared and Submitted by:

Kathryn J. Derr, # 19275
DERR AND HOWELL, PC, LLO
11205 Wright Circle, Suite 210
Omaha, NE 68144
Telephone: (402) 933-0070
Facsimile: (402) 933-0707
Attorneys for Defendant